IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN LEE FOWLER, C-33045,           )<br>                                                                )<br>           Petitioner,                              )<br>                                                                )<br>     vs.                                                     )<br>                                                                )<br>JAMES WALKER, Warden,                )<br>                                                                )<br>           Respondent.                           )<br>_____ ) | No. C 10-3469 CRB (PR)<br><br>ORDER OF TRANSFER |

  Petitioner, a state prisoner at New Folsom State Prison in Sacramento County, has filed a petition for a writ of habeas corpus seeking free transcripts of his state criminal proceedings. An inquiry into petitioner's state record revealed that he is in custody pursuant to a 1981 conviction from Solano County Superior Court.

  Venue is proper in a habeas action in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). They are one in the same in this action because both Sacramento and Solano counties lie in the Eastern District of California. See 28 U.S.C. § 84(b).

  Because Sacramento and Solano counties both lie in the Eastern District of California, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Eastern District of California.

  The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: Aug. 13, 2010

               CHARLES R. BREYER
               United States District Judge

G:\PRO-SE\CRB\HC.10\Fowler, C1.transfer.wpd